**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-1842**

KENDALL CHARLES ALEXANDER,

Petitioner,

versus

UNITED STATES PAROLE COMMISSION,

Respondent.

Petition for Review from an Order of the United States Parole Commission.

Submitted: October 4, 2001          Decided: October 11, 2001

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Kendall C. Alexander, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kendall Charles Alexander petitions for review of the decision of the National Appeals Board for the United States Parole Commission. We dismiss the petition for lack of jurisdiction because the decision is not appealable. This court may exercise jurisdiction only over final orders by the district court, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here challenged is neither a final district court order nor an appealable interlocutory or collateral order.

We deny leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED

2